UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; TRANZ
TECHNOLOGIES,

                              Plaintiff,

              -against-

APPLE INCORPORATION,

                              Defendant.

24cv1824 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 21, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                     Chief United States District Judge